**NOT FOR PUBLICATION** (Doc. No. 5)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | | |
|---|---|---|
| NARA L. TURNER, | : | |
| | : | |
| Plaintiff, | : | Civil No. 10-4103 (RBK/AMD) |
| | : | |
| v. | : | **ORDER** |
| | : | |
| CIGNA GROUP INSURANCE; LIFE INSURANCE COMPANY OF NORTH AMERICA; and JOHN DOES 1-100, | : | |
| | : | |
| Defendants. | : | |

**THIS MATTER** having come before the Court upon the motion to dismiss filed by Defendant Life Insurance Company of North America ("LINA"); and the Court having considered the moving papers and the responses thereto; and for the reasons expressed in the Opinion issued this date;

**IT IS HEREBY ORDERED** that LINA's motion to dismiss Counts Two, Three, Four, Five, Six, Seven, Eight, Nine, and Ten is **GRANTED**.

Dated: 5/24/2011                              /s/ Robert B. Kugler
                                              ROBERT B. KUGLER
                                              United States District Judge